Closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, <br>           Plaintiff, <br><br>     vs. <br><br> DON FRUCIANO, et al., <br><br>           Defendants. | No. 2:12-CV-04066-JFW(SPx) <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION** |

## ORDER

**Having considered the stipulation of** Plaintiff Cecil Shaw ("Plaintiff") and Defendants Don Fruciano, Trustee of the Washington-Van Buren Trust and Evelyn Farms, Inc. dba Evelyn's Farms ("Defendants"), by and through the e-signature(s) of their respective counsel of record, and finding good cause therefor, it is hereby ORDERED that all of Plaintiff's claims with regard to the above-encaptioned civil action are DISMISSED WITH PREJUDICE, and that Plaintiff's second amended complaint as a whole is DISMISSED WITH PREJUDICE, pursuant to 41(a)(1)(A)(ii), each party to bear its own legal fees, litigation expenses and costs.

**IT IS SO ORDERED**.

Dated:  April 11, 2013

_____
United States District Court Judge

*Shaw v. Fruciano, et al.*
Order Granting Stipulation for Dismissal of Action